UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

FILED
NOV 28 2006
J.T. NOBLIN, CLERK
BY_____ DEPUTY

CHAPMAN                                                                                              PLAINTIFF

VERSUS                                                          CIVIL ACTION NO. 5:03cv198DCB-JMR

BAYER CORPORATION, ET AL                                                                    DEFENDANT

### ORDER OF DISMISSAL

The parties having agreed to and announced to the Court a settlement of this case, and the Court being desirous that this matter be finally closed on its docket,

IT IS, THEREFORE, ORDERED that this case is hereby dismissed with prejudice as to all parties. If any party fails to consummate this settlement within (90) days, any aggrieved party may reopen the case for enforcement of the settlement agreement within ten days, and if successful, all additional attorneys' fees and costs from this date shall be awarded such aggrieved party or parties against the party failing to consummate the agreement, The Court specifically retains jurisdiction to enforce the settlement agreement.

SO ORDERED, this the 27th day of November, 2006.

_____
UNITED STATES MAGISTRATE JUDGE